# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Daniel E. Dyer - 1:22-cv-6845-RLY-TAB*

## ORDER

The Court, having received and considered plaintiff's counsel's Motion for Substitute Party, and finding good cause exists, hereby grants the motion. [Filing No. 26287.]

IT IS THEREFORE ORDERED that Debra Hannigan is substituted as the representative of the Estate of Daniel E. Dyer in this matter, in place of the deceased Plaintiff Daniel E. Dyer in the instant case.

Date: 12/2/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system